MJC
F.# 2024R00213

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOSE MERCADO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 24-428 (BMC)

Upon the application of JOHN J. DURHAM, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael J. Castiglione, for an order unsealing the Indictment and arrest warrant in the above-captioned matter.

WHEREFORE, it is ordered that the indictment and arrest warrant in the above-captioned matter be unsealed.

Dated:   Brooklyn, New York
          February 12, 2025

                                       s/Peggy Kuo
                                    HONORABLE PEGGY KUO
                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK