

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MJC
F. #2024R00213

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 12, 2025

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Jose Mercado
      Criminal Docket No. 24-428 (BMC)

Dear Judge Kuo:

  The government respectfully moves for an order unsealing the indictment and arrest warrant in the above-captioned matter.

            Respectfully submitted,

            JOHN J. DURHAM
            United States Attorney

       By:   /s/
            Michael J. Castiglione
            Assistant U.S. Attorney
            (718) 254-7533

Enclosure

cc: Clerk of Court (by ECF)