## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__                                 DATE: __2/12/25__

DOCKET NUMBER: __24CR428(BMC)__                                 LOG#: __3:12 – 3:35__

DEFENDANT'S NAME: __Jose Mercado__
__✓__ Present   ____ Not Present        __✓__ Custody   ____ Bail

DEFENSE COUNSEL: __Morris Fodeman__
____ Federal Defender   __✓__ CJA   ____ Retained

A.U.S.A: __Michael Castiglione__              CLERK: __Felix Chin__

INTERPRETER: _____   (Language) _____

Defendant arraigned on the: __✓__ indictment ___ superseding indictment ___ probation violation

__✓__ Defendant pleads NOT GUILTY to ALL counts.

____ DETENTION HEARING Held.   __✓__ Defendant's first appearance.

- ____ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ____ Defendant advised of bond conditions set by the Court and signed the bond.
- ____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
- ____ (Additional) surety/ies to co-sign bond by _____

____ After hearing, Court orders detention in custody.   ____ Leave to reopen granted

____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_____ Order of Excludable Delay/Speedy Trial entered.   Start_____   Stop _____

__✓__ Rule 5f warnings given to the govt.   ____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

__✓__ Status conference set for __3/4/25__ @ __11:00__ before Judge __Cogan__

Other Rulings: __Dfse counsel presented a bail application with 5 sureties; govt opposed; court denied the application. Order of detention entered. Speedy trial time was not excluded.__