

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MJC | *271 Cadman Plaza East* |
| F. #202400213 | *Brooklyn, New York 11201* |

October 6, 2025

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Barksdale, et al.
            <u>Criminal Docket No. 24-428 (BMC)</u>

Dear Judge Cogan:

      The government respectfully submits this letter to inform the Court that the government consents to the dismissal of the indictment with prejudice.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    <u>/s/ Michael J. Castiglione</u>
      Michael J. Castiglione
      Assistant U.S. Attorney
      (718) 254-7533

cc:    Clerk of Court (BMC) (by ECF)
       Counsel of record (by ECF)